**STATE v. BRUNSON**

[362 N.C. 81 (2007)]

STATE OF NORTH CAROLINA v. SAMPSON BRUNSON

No. 623A06

(Filed 7 December 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 180 N.C. App. 188, 636 S.E.2d 202 (2006), finding no error in judgments entered 22 April 2005 by Judge Catherine C. Eagles in Superior Court, Guilford County. Heard in the Supreme Court 13 November 2007.

*Roy Cooper, Attorney General, by Richard A. Graham, Assistant Attorney General, for the State.*

*Paul F. Herzog for defendant-appellant.*

PER CURIAM.

AFFIRMED.